UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT,

       Plaintiff,

v.

J. TANNER, *et al.*,

       Defendants.

Case No. 26-cv-12003
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

    In accordance with the order entered on this day,

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 21, 2026
Detroit, Michigan

1